# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**CASE NO.: 4:06-CR-024-SPM**

**HARY JOSUE GONZALEZ QUEZADA,**

    **Defendant.**

_____/

## ORDER GRANTING IN FORMA PAUPERIS STATUS
## AND APPOINTING COUNSEL

**THIS CAUSE** comes before the Court upon the "Motion to Proceed in forma Pauperis Pursuant to the Criminal Justice Act" (doc. 58) filed by counsel October 3, 2006. No affidavit is required. 18 U.S.C. § 3006A(d)(7). Counsel avers that Defendant's financial status has not changed since it was first reviewed in the pre-sentencing and pre-trial reports. Although the appeal appears to lack merit, it does not appear that the appeal is frivolous or otherwise taken without good faith. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's motion to proceed in forma pauperis on appeal (doc. 58) is *granted* to the extent that he will not have to prepay the filing fee.

2. Because Defendant attests that the has no funds in any bank account, including his inmate bank account, and has had no income in the past 12 months, the clerk of court shall permit Defendant to proceed without prepayment of an initial partial filing fee, as provided in 28 U.S.C. § 1915(b)(1)(A).

3. Defendant is advised that the granting of leave to proceed in forma pauperis is merely authorization to proceed without prepayment of the full filing fee.  This does not relieve Defendant of the obligation to pay the full amount of the fee, regardless of dismissal or subsequent release from incarceration.  As a prisoner, Defendant is required to make payments to the court until the total amount of the $455.00 fee for filing an appeal is paid.  28 U.S.C. § 1915(b)(1).

4. Defendant is required to make monthly payments of 20 percent of the preceding month's income credited to his inmate account. The agency having custody of Defendant shall forward payments from his account to the clerk of court each time the amount in the account exceeds $10 until the full amount of the filing fee ($455.00) is paid.

5. When Defendant is able to make payments to the court, Defendant is advised that checks from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." Personal checks will not be accepted.  The following information shall

be either included on the face of the check from the penal institution, cashier's check, or money order or attached thereto:

(1)   the full name of the prisoner;

(2)   the prisoner's inmate number; and

(3)   this case number (4:06-CR-024-SPM).

Checks or money orders that do not have this information will be returned to the penal institution or to Defendant.

6. The clerk of court shall mail a copy of this order with the appropriate cover letter to: Department of Corrections, Office of the General Counsel, 2601 Blair Stone Road, Tallahassee, FL 32399-2500 and to the Bureau of Prisons, Office of the General Counsel, 320 First Street NW, Washington, D.C. 20534.

7. Clyde Taylor, (850) 224-1191, a member in good standing of the Florida Bar, is appointed to represent Defendant in this case.

**DONE AND ORDERED** this nineteenth day of October, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge