**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

vs.                                                    CASE NO.: 4:06-cr-24-SPM-WCS-2

HARY JOSUE GONZALEZ QUEZADA,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 151), which recommends that the Defendants 28 U.S.C. § 2255 Motion (doc. 124) be denied. Defendant has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.    The Magistrate Judge's Report and Recommendation (doc. 151) is *adopted* and incorporated by reference in this order.

2.    The Motion (doc. 124) is *denied with prejudice*.

DONE AND ORDERED this twenty-eighth day of October, 2009.

_s/ Stephan P. Mickle_
Stephan P. Mickle
Chief United States District Judge